AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

FILED
AUG 11 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 23MJ431-PJC |
| DIMITRI ZANTHONY WILLIAMS | ) |
| a/k/a DMITRI ZANTHONY WILLIAMS | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 10, 2023** in the county of **Tulsa** in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Senior Special Agent Holley Edwards, ATF
*Printed name and title*

Sworn to before me by phone.

Date: 8/11/23

*Judge's signature*

~~Jodi F. Jayne~~ United States Magistrate Judge
*Printed name and title*

City and state: Tulsa, OK

Paul J. Cleary
U.S. Magistrate Judge
333 W. 4th Street
Room 3355 U.S. Courthouse
Tulsa, OK 74103

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT
## IN THE NORTHERN DISTRICT OF OKLAHOMA

I, Holley J. Edwards, Senior Special Agent, Bureau of Alcohol, Tobacco, Firearms, & Explosives, being duly sworn, depose and state as follows:

### Introduction

1. I am a Special Agent with the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), currently assigned to the Tulsa Field Office. I have been so employed since September 18, 2005.

2. As a result of my training and experience as a Special Agent, I am familiar with the federal firearms laws and know that it is unlawful for a person who is a previously convicted felon to possess a firearm or ammunition which has been shipped or transported in interstate or foreign commerce, as defined in Title 18 U.S.C. Section 922(g)(1). This Affidavit is for the limited purpose of establishing probable cause to support the Criminal Complaint, it contains only a summary of relevant facts. I have not included each and every fact known to me concerning the entities, individuals, and the events described in this Affidavit. The statements made in this Affidavit are based in part on: (a) my personal participation in this investigation; (b) information provided to me by other law enforcement officers and other law enforcement documents and reports; and (c) the training and experience of myself and other law enforcement agents and officers.

## Probable Cause

3. On or about August 10, 2023, Officers with the Tulsa Police Department (TPD) executed a State of Oklahoma search warrant at the residence of Dimitri Zanthony WILLIAMS aka Dmitri Zanthony WILLIAMS, W/M, DOB: XX/XX/1984, located at 903 N. Winston Avenue, Tulsa, OK, Northern District of Oklahoma. During a search of the residence, Officers recovered several firearms (to include machineguns, short-barrel rifles, a sawed-off shotgun, machinegun conversion devices (MCD)), narcotics (to include suspected methamphetamine and fentanyl), residency paperwork (utility bills in WILLIAMS name at the 903 N. Winston Avenue address), and evidence indicative of narcotics trafficking (several small plastic baggies for packaging narcotics, digital scales, etc.).

4. One of the firearms recovered during the search warrant is identified as a:

- Glock, Model 48, 9x19mm caliber pistol, bearing Serial Number BWWA748

5. I have reviewed Dimitri Zanthony WILLIAMS' criminal history, which revealed the following felony convictions:

   a. On or about October 18, 2013, in the 78th District Court Wichita Falls, Texas, case number 53683-B-1/B-2, for Aggravated Assault with a Deadly Weapon.

2

    b. On or about April 11, 2016, in the District Court of Tulsa County, State of Oklahoma, case number CF-2012-2193, for Discharging a Weapon into a Dwelling.

    c. On or about April 11, 2016, in the District Court of Tulsa County, State of Oklahoma, case number CF-2014-1750 for Unlawful Possession of a Controlled Drug with Intent to Distribute.

6.    Affiant conducted a preliminary interstate nexus examination on the aforementioned firearm. The result of the examination was that the aforementioned firearm was not manufactured in the State of Oklahoma, and has traveled in interstate or foreign commerce.

## Conclusion

Based on the information set forth in this affidavit, I submit there is probable cause to believe that Dimitri Zanthony WILLIAMS aka Dmitri Zanthony WILLIAMS has violated 18 U.S.C. Section 922(g)(1) (felon in possession of a firearm).

Respectfully Submitted,

*Holley J Edwards*
HOLLEY EDWARDS
Senior Special Agent
Bureau of Alcohol, Tobacco, Firearms, And Explosives

Subscribed and sworn to before me on the 11th day of August, 2023.

~~JODI F. JAYNE~~
UNITED STATES MAGISTRATE JUDGE

Paul J. Cleary
U.S. Magistrate Judge
333 W. 4th Street
Room 3355 U.S. Courthouse
Tulsa, OK 74103

4